**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAYMUNDO GARCIA VASQUEZ,<br><br>        Petitioner,<br><br>    v.<br><br>S. FRAUENHEIM, Warden,<br><br>        Respondent. | Case No. 5:18-cv-00238-SVW (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, including petitioner's request for leave to file an amended petition, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge. The Court additionally finds that granting petitioner leave to amend the Petition would be futile in light of the untimeliness of the Petition.

//

//

IT IS THEREFORE ORDERED that respondent's Motion to Dismiss (docket no. 6) is granted, petitioner's Request for Leave to File an Amended Petition (docket no. 21) is denied, and Judgment will be entered denying the Petition and dismissing this action with prejudice.

DATED: March 29, 2024

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE